UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

THOMAS S. FOLEY U.S. COURTHOUSE

920 W Riverside Ave, Spokane, WA 99201

©Blane-Corey:DeSantis™, U.C.C. 1-308, Without Prejudice

Living Man, Jus Soli, Sui Juris

Executor and Beneficiary of the ©BLANE COREY DESANTIS TRUST™ and The DeSantis Empire Trust™

Principal Secured Party Creditor; Holder in Due Course

Power of Attorney-in-Fact

SPC No. 202505230191675 / SPC No. 2025070902480998

All Rights Reserved, Non-Assumpsit

2:25-cv-00303-MKD

Plaintiff,

v.

GESA CREDIT UNION, and Don Miller CFO,

Defendants.

Case No. _____

VERIFIED FEDERAL COMPLAINT

(ECOA, Regulation B, Securities Fraud, UCC Violations, Breach of Contract, Fraudulent Misrepresentation, and Copyright/Trademark Infringement)

I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this action arises under the laws of the United States, including but not limited to the Equal Credit Opportunity Act (15 U.S.C. § 1691), Regulation B (12 C.F.R. § 1002), the Securities Exchange Act, and the Uniform Commercial Code as adopted under federal commerce jurisdiction.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendants transact business in this District, the transactions at issue occurred here, and the property and accounts that are the subject of this action are located within this District.

II. PARTIES

3. Plaintiff, ©Blane-Corey:DeSantis™, is a living man, sui juris, domiciled on the land within Washington State, acting in propria persona, and the Executor and Beneficiary of the ©BLANE

COREY DESANTIS TRUST™ and The DeSantis Empire Trust™.

4. Defendant, GESA CREDIT UNION, is a financial institution engaged in interstate commerce, including the acceptance of loan applications, account management, and credit reporting.

5. Defendant Don Miller CFO is an individual entities whose identities are presently unknown who participated in, directed, or benefited from the acts described herein.

### III. FACTUAL BACKGROUND

6. On or about May 2025, Plaintiff applied for a $127,000 vehicle loan with Defendant GESA CREDIT UNION.

7. Plaintiff met all credit and membership requirements and provided all requested documentation.

8. Defendants unlawfully retained and monetized Plaintiff's loan application and associated credit file without extending credit, effectively "cashing out" the application for profit in violation of the ECOA and Regulation B.

9. Defendants willfully and knowingly used Plaintiff's copyrighted and trademarked name without authorization for commercial gain.

10. Plaintiff's name, ©BLANE COREY DESANTIS™, is registered with the United States Patent and Trademark Office and is protected under federal trademark and copyright law.

11. Defendants' unauthorized use and monetization of Plaintiff's name constitutes infringement and misappropriation, causing commercial harm and reputational damage.

12. Defendants failed to provide accurate and truthful adverse action notices in compliance with 15 U.S.C. § 1691(d) and 12 C.F.R. § 1002.9.

13. Defendants further committed commercial dishonor by refusing lawful demand for full accounting and failing to cure breaches within the time required by law.

## IV. CLAIMS FOR RELIEF

### COUNT I – EQUAL CREDIT OPPORTUNITY ACT / REGULATION B VIOLATIONS

14. Plaintiff incorporates the above paragraphs as if fully set forth herein.

15. Defendants violated the ECOA and Regulation B by failing to provide equal credit opportunity, engaging in discriminatory practices, and failing to issue proper adverse action notices.

### COUNT II – SECURITIES FRAUD

16. Defendants' actions in monetizing and securitizing Plaintiff's loan application without consent constitute securities fraud under the Securities Exchange Act and related federal statutes.

### COUNT III – UCC VIOLATIONS / BREACH OF CONTRACT

17. Defendants violated UCC §§ 1-308, 3-603, and related provisions by refusing lawful tender, dishonoring commercial obligations, and breaching implied contractual duties.

## COUNT IV – FRAUDULENT MISREPRESENTATION

18. Defendants knowingly made false statements regarding the processing of Plaintiff's loan application and account status, intending for Plaintiff to rely on such statements to his detriment.

## COUNT V – COPYRIGHT AND TRADEMARK INFRINGEMENT

19. Defendants willfully infringed on Plaintiff's registered and protected name and associated intellectual property by unauthorized commercial use and monetization for profit.

## V. DAMAGES

20. Plaintiff has suffered actual damages, including loss of credit opportunity, commercial injury, reputational harm, and emotional distress.

21. Plaintiff is entitled to statutory damages under the ECOA and Lanham Act, as well as actual, punitive, and consequential damages.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A. Compensatory damages in the amount of $2,500,000.00;

B. Statutory damages as provided by law;

C. Punitive damages for willful misconduct;

D. An order declaring that Plaintiff holds a perfected commercial lien against Defendants' assets for the full judgment amount, enforceable immediately upon judgment without further order;

E. Costs of suit, pre- and post-judgment interest, and all other relief the Court deems just and proper.

Verification

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Date: August 11, 2025

*By Blane Corey DeSantis*

©Blane-Corey:DeSantis™, U.C.C. 1-308, Without Prejudice

Living Man, Jus Soli, Sui Juris

Executor and Beneficiary of the ©BLANE COREY DESANTIS TRUST™ and The DeSantis Empire Trust™

Principal Secured Party Creditor; Holder in Due Course

Power of Attorney-in-Fact

SPC No. 202505230191675 / SPC No. 2025070902480998

All Rights Reserved, Non-Assumpsit